RAYMOND H. HUA (SBN 222466)
  RHua@yukelaw.com
SARAH E. JOHNSTON (SBN 259504)
  SJohnston@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 362-7777
Facsimile:   (213) 362-7788

Attorneys for Defendant
FORD MOTOR COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MOHAMMED AL JARRAH; GEORGINA AL JARRAH,<br><br>      Plaintiffs,<br><br>  vs.<br><br>FORD MOTOR COMPANY,<br><br>      Defendant. | CASE NO. SACV 12-181-CJC(RNBx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF DEFENDANT FORD MOTOR COMPANY PURSUANT TO FRCP RULE 41**<br><br>*[Filed concurrently with Stipulation]*<br><br>Discovery Cutoff:  January 29, 2013<br>Trial Date:             May 7, 2013<br><br>*Hon. James V. Selna* |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After consideration of the Parties' Stipulation For Dismissal, With Prejudice, of Defendant Ford Motor Company, and finding good cause has been shown, the Court hereby adopts the Stipulation as its Order.

DATED: October 16, 2012

By: _____
Hon. Cormac J. Carney, District Judge

Case 8:12-cv-00181-CJC-RNB   Document 12   Filed 10/16/12   Page 2 of 2   Page ID #:145

827357.1 / 34-1185                                                         SACV 12-00181 CJC (RNBx)
ORDER GRANTING STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF DEFENDANT FORD MOTOR COMPANY PURSUANT TO FRCP RULE 41